## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

**ALEXANDER HELTERBRAN, JR.,**     :

           **Plaintiff**     :     **CIVIL ACTION NO. 4:14-2338**

           **v.**     :     **(JUDGE MANNION)**

**ANN TARGONSKI, ANTHONY J.**     :
**ROSINI, MICHAEL P. TOOMEY,**
**and ROBERT JOHN,**     :

           **Defendants**     :

## O R D E R

In accordance with the memorandum issued this same day in the above-captioned matter, **IT IS HEREBY ORDERED THAT:**

**(1)** the report of Magistrate Judge Susan E. Schwab, **(Doc. 6)**, is **ADOPTED**;

**(2)** the plaintiff's objections to the report, **(Doc. 7)**, are **OVERRULED**;

**(3)** the plaintiff's complaint, **(Doc. 1)**, is **DISMISSED WITH PREJUDICE**; and

**(4)** the Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date:  May 12, 2015**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-2338-01-ORDER.wpd